FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0018

| | |
|---|---|
| SERAPHINA WILSON, A MINOR, BY AND THROUGH HER GUARDIAN, JEFFREY FERGUSON, <br><br> Plaintiff and Appellee, <br><br> v. <br><br> STATE OF MONTANA, by and through the Montana Department of Public Health and Human Services, <br><br> Defendant and Appellant. | ORDER GRANTING LEAVE TO FILE AMICUS BRIEF |

Montana Association of Counties, through counsel, has filed its Motion for Leave to File Amicus Brief in this matter.

IT IS ORDERED that the Motion is GRANTED. Montana Association of Counties shall file its *amicus curiae* on or before November 3, 2022.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2022